9293. SOUTHERN RAILWAY COMPANY *v.* POOLE.

LUKE, J. 1. The excerpts from the charge of the court complained of, when read in connection with the entire charge, were not misleading or confusing to the jury. One of the excerpts complained of is almost identical in words with the charge approved in *Wrightsville & Tennille R. Co.* v. *Tompkins,* 9 *Ga. App.* 154 (70 S. E. 955). See also *Atkinson* v. *Swords,* 11 *Ga. App.* 167 (74 S. E. 1093). In addition the court, in approving this ground of motion for a new trial, certifies that on the trial of the case the movant urged the decision in *Wrightsville & Tennile R. Co.* v. *Tompkins,* supra, as the law controlling as to the plaintiff's right to recover. See *Wholesale Mercantile Co.* v. *Jackson,* 2 *Ga. App.* 776 (59 S. E. 106); *Burley* v. *State,* 130 *Ga.* 343 (60 S. E. 1006).

2. The question of negligence was for determination by the jury, and there was evidence to authorize the verdict, which has the approval of the trial judge. For none of the reasons assigned did the court err in overruling the motion for a new trial.

Judgment affirmed. *Wade, C. J., and Jenkins, J., concur.*

DECIDED MAY 14, 1918.

Action for damages; from city court of Hall county—Judge Wheeler. October 6, 1917.

*E. A. Neely, J. O. Adams, Ed. Quillian, C. R. Faulkner,* for plaintiff in error. *W. A. Charters,* for defendant.